# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. JANICE K. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-18-214-G |
| | ) | |
| 1. INTEGRIS HEALTH, INC. d/b/a CORPORATE INTEGRIS HEALTH, | ) ) ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | **ATTORNEY LIEN CLAIMED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Janice K. Clark, hereby stipulates with the Defendant, Integris Health, Inc. d/b/a Corporate Integris Health, that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 5th DAY OF FEBRUARY, 2019.**

s/ Shannon C. Haupt
Jana B. Leonard, OBA # 17844
Shannon C. Haupt, OBA #18922
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Tele: 405-239-3800  Fax: 405-239-3801
leonardjb@leonardlaw.net
haupts@leonardlaw.net
*Counsel for Plaintiff*

1

s/ Victor F. Albert
(Signed with permission)
Victor F. Albert, OBA #12069
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The Heritage Building
621 N. Robinson Ave., Suite 400
Oklahoma City, Oklahoma 73102
Tele: 405-546-3774  Fax: 405-546-3775
victor.albert@ogletree.com
*Counsel for Defendant*